IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRUSTEES OF THE PLUMBERS )
AND PIPEFITTERS NATIONAL )
PENSION FUND, et al., )
    Plaintiffs, )
)
v. ) Civil Action No. 1:09cv934
)
DAVID NOLFI, d/b/a State Line )
Plumbing & Heating, Inc., STATE LINE )
PLUMBING & HEATING, INC., )
DAVID NOLFI, )
    Defendants. )

## JUDGMENT ORDER

Upon consideration of the September 3, 2010 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the September 3, 2010 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff, Trustees of the Plumbers and Pipefitters National Pension Fund, and against all three defendants collectively in the total amount of $19,294.17.

It is further **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff, Trustees of the International Pension Fund, and against all three defendants collectively in the total amount of $1,178.58.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place

1

this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to defendants and to all counsel of record.

Alexandria, VA
September 30, 2010

/s/
T. S. Ellis, III
United States District Judge

2